**Electronically Filed
Supreme Court
SCWC-17-0000451
03-SEP-2021
09:14 AM
Dkt. 5 OGAC**

SCWC-17-0000451

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CAAP-17-0000451
NICOLETA JACOBY, Petitioner/Plaintiff-Appellee,
v.
BENNETT JACOBY, Respondent/Defendant-Appellant,

CAAP-19-0000664
NICOLETA JACOBY, Petitioner/Plaintiff-Appellee,
v.
BENNETT JACOBY, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 08-1-281K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellee Nicoleta Jacoby's application for writ of certiorari filed on July 23, 2021, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, September 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

